In the Matter of JOHN INDELICATO, Appellant, v TOWN OF LLOYD et al., Respondents.

Submitted March 26, 2007; decided April 3, 2007

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

In the Matter of RICHARD E. KAPLAN, Appellant, v TIMOTHY JULIAN, as Mayor of the City of Utica, et al., Respondents.

Submitted March 26, 2007; decided April 3, 2007

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

NYCTL 1998-2 TRUST et al., Respondents, v ZOILA LUCINDA AVILA, Appellant, et al., Defendants. RSL HOLDINGS, LLC, Nonparty Respondent.

Submitted February 5, 2007; decided April 3, 2007

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.